FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
11/10/2015 7:43:41 PM
CHRISTOPHER A. PRINE
Clerk

ACCEPTED
01-15-00874-cv
FIRST COURT OF APPEALS
HOUSTON, TEXAS
11/10/2015 7:43:41 PM
CHRISTOPHER PRINE
CLERK

Cause No. 1210228

| THE STATE OF TEXAS | § | IN THE 351ST DISTRICT |
| v. | § | COURT OF HARRIS |
| DENNIS PHARRIS | § | COUNTY, TEXAS |

## NOTICE OF APPEAL

TO THE HONORABLE JUDGE OF SAID COURT:

ABRAHAM MOSES FISCH, an INTERESTED PERSON in the above cause files this notice of appeal to the First or Fourteenth Court of Appeals pursuant to TEX. CRIM. PROC. CODE ANN. art 47.12 and TEX. R. APP. P. 25.1. The INTERESTED PERSON desires to appeal the trial court's March 4, 2010 ORDER denying the INTERESTED PERSON's Motion to Restore Property. This notice of appeal is timely filed the same day the Court held a hearing and ruled upon the INTERESTED PERSON's motion. *See* TEX. CRIM. PROC. CODE ANN. art 47.12 (a)-(c).

Respectfully submitted,

**R. Scott Shearer**
TBA No. 00786464
929 Preston, Suite 200
Houston, TX 77002
(713) 254-5629
(713) 224-2889 FAX

**Attorney for Abraham Moses Fisch**

STATE OF TEXAS
COUNTY OF HARRIS

I, Chris Daniel, District Clerk of Harris County, Texas, certify that
this is a true and correct copy of the original record filed and or recorded
in my office, electronically or hard copy, as it appears on this date.
Witness my official hand and seal of office this 0 1 OCT 2015

CHRIS DANIEL, DISTRICT CLERK
HARRIS COUNTY, TEXAS

 Deputy